AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00398-JRG-RSP |
| AT&T Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                     .

Date:   09/05/2023                                           /s/ Philip Wang
                                                                       *Attorney's signature*

                                                        Philip Wang CA Bar No. 262239
                                                                 *Printed name and bar number*

                                                                  Russ August & Kabat
                                                          12424 Wilshire Blvd., 12th Floor
                                                                Los Angeles, CA 90025
                                                                           *Address*

                                                                   pwang@raklaw.com
                                                                      *E-mail address*

                                                                      (310) 826-7474
                                                                    *Telephone number*

                                                                      (310) 826-6991
                                                                        *FAX number*