| *Attorney or Party without Attorney:*<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:* 310-826-7474<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4608-003 | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| *Plaintiff:* Headwater Research LLC<br>*Defendant:* AT&T Inc., et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:23-cv-00398-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3. a. Party served: AT&T Corp.
   b. Person served: Karen Cavagnaro, Employee, Authorized to Accept Service
      *served under F.R.C.P. Rule 4.*

4. Address where the party was served: 1425 US-206, Bedminster, NJ 07921

5. I served the party:
   a. **by substituted service.** On: Fri, Sep 08 2023 at: 01:00 PM by leaving the copies with or in the presence of:
   Karen Cavagnaro, Employee, Authorized to Accept Service

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☐ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

9519698
(5433096)
Page 1 of 2

| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| Plaintiff: Headwater Research LLC<br>Defendant: AT&T Inc., et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00398-JRG-RSP |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. David J. Murgittroyd
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $235.85

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



09/11/2023
(Date)     (Signature)



| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>4608-003 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | | |
| Plaintiff: Headwater Research LLC<br>Defendant: AT&T Inc., et al. | | | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00398-JRG-RSP |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Sep 11, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: AT&T Corp.
       1 AT&T Way, Bedminster, NJ 07921

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Sep 11, 2023 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
       1517 W. Beverly Boulevard
       LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $235.85

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

09/11/2023
(Date)

(Signature)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

9519698
(5433096)