| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>    Telephone No:   310-826-7474<br>    Attorney For:    Plaintiff | Ref. No. or File No.:<br>4608-003 | **For Court Use Only** |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |
|---|

| Plaintiff:   Headwater Research LLC |
|---|
| Defendant: AT&T Inc., et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00398-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3. a.  Party served:       AT&T Mobility, LLC
   b.  Person served:    Nelle Williams, Authorized to Accept Service
                                     served under F.R.C.P. Rule 4.

4. Address where the party was served:    1025 Lenox Park Blvd NE, Atlanta, GA 30319

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 14 2023 (2) at: 03:42 PM

6. **Person Who Served Papers:**
   a. Kayla Bridges (#CPS346)                        d. **The Fee** for Service was:  $235.85
   b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



09/19/2023
(Date)                                                                                      (Signature)



PROOF OF SERVICE

9519696
(5433093)