IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-00397-JRG-RSP<br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-00398-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Joint Motion Dismiss (the "Motion") filed by Plaintiff Headwater Research LLC ("Plaintiff") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. ("Defendants"). (Dkt. No. 102.) In the Motion, the parties represent that the above-captioned Member Case No. 2:23-cv-00398 has been resolved. In Member Case No. 2:23-cv-00398, the parties request dismissal of Headwater's claims against AT&T with prejudice and request dismissal of AT&T's counterclaims and defenses without prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Headwater against AT&T in the above-captioned Member Case No. 2:23-cv-00398 are **DISMISSED WITH PREJUDICE**. All counterclaims and defenses asserted by AT&T against Headwater are **DISMISSED WITHOUT**

**PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned Member Case No. 2:23-cv-00398 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Member Case No. 2:23-cv-00398 and **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:23-cv-00397.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE